UNITED STATES, Appellee

v

VICTOR K. HARGRAVE, Airman,
U. S. Air Force, Appellant

20 USCMA 27, 42 CMR 219

No. 22,934

August 14, 1970

*Colonel Bertram Jacobson* and *Major Frank T. Moniz* were on the pleadings for Appellant, Accused.

*Colonel James M. Bumgarner* and *Major Donald B. Strickland* were on the pleadings for Appellee, United States.

### Opinion of the Court

PER CURIAM:

The accused was convicted by a general court-martial of possession of marihuana in Naha City, Okinawa, in violation of Article 134, Uniform Code of Military Justice, 10 USC § 934. He contends that, since the offense was committed outside the limits of any United States military installation on Okinawa, he could not be tried by court-martial for his misconduct. See O'Callahan v Parker, 395 US 258, 23 L Ed 2d 291, 89 S Ct 1683 (1969). In United States v Ortiz, 20 USCMA 21, 42 CMR 213, decided this date, we held that the limitation on court-martial jurisdiction defined in the *O'Callahan* case was inoperative in Okinawa. Also, in United States v Beeker, 18 USCMA 563, 40 CMR 275 (1969), we held that wrongful possession of marihuana in the civilian community possessed sufficient military significance to make that misconduct triable by court-martial within the rationale of *O'Callahan*. We, therefore, affirm the decision of the United States Air Force Court of Military Review.